EDWARD C. CORDERY, APPELLANT, v. AMERICAN RAIL-
WAY EXPRESS COMPANY, RESPONDENT.

Submitted October 28, 1927—Decided February 6, 1928.

For the appellant, *Elwood C. Weeks.*

For the respondent, *S. Paul Ridgway.*

PER CURIAM.

This is an appeal from a judgment of the Supreme Court
reversing a judgment in the Circuit Court of Atlantic county.
The facts of the case are fully set forth in the opinion of the
Supreme Court (137 *Atl. Rep.* 819; 5 *N. J. Mis. R.* 600),
and will not be here repeated. We concur in the result
reached. Inasmuch, however, as some of the grounds for re-
versal as set forth in the opinion and held adequate by the
Supreme Court were not based on exceptions taken at the
trial, they were not properly before the reviewing tribunal.
These were that the court erred in overruling the following
questions: "What did you pay on the return of the model to
Pleasantville?" and "Do you know what the departure work,
including material and time on it, amounted to?" To both
questions objection was made, but no exception was taken to
the ruling on either. Objection alone to the admission of
evidence is not sufficient on which to base a ground of appeal
alleging error in the subsequent ruling on such objection.
*Kargman* v. *Carlo,* 85 *N. J. L.* 632, 636; *Union Garage Co.*
v. *Wilner,* 101 *Id.* 362.

On the remaining points we agree with the views expressed
in the opinion of the Supreme Court.

The judgment is affirmed.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.